IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARK & SULLIVAN BUILDERS, INC.,

      Plaintiff,                              No. CIV 2:12-cv-0972-KJM-JFM

    vs.

INCLINE GLASS,

      Defendant.                            <u>ORDER</u>

/

         Pending before this court is plaintiff's May 30, 2012 application for default judgment.  The court has determined that the matter shall be submitted upon the record and briefs on file and accordingly, the date for hearing of this matter shall be vacated.  Local Rule 230.

         Accordingly, IT IS HEREBY ORDERED that the July 5, 2012 hearing is dropped from calendar.

DATED: July 2, 2012

                                                UNITED STATES MAGISTRATE JUDGE

/014;clar0972.vacate.hrg

1